**J. B. Simpson, defendant in error, v. Louis E. Stoebig, plaintiff in error. Gen. No. 32,159.**

Action on promissory note. Judgment for plaintiff. Error to the Superior Court of Cook county; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the third division of this court for the first dis-

trict at the October term, 1927. Affirmed. Opinion filed February 9, 1928.

William J. Dillon, for plaintiff in error. Arthur Abraham, for defendant in error.

Mr. Presiding Justice Taylor delivered the opinion of the court.